RED DEVIL TOOLS, PLAINTIFF-PETITIONER AND CROSS-RESPONDENT, v. TIP TOP BRUSH CO., INC., *ET AL.*, DEFENDANTS-RESPONDENTS AND CROSS PETITIONERS.

See same case below: 92 *N. J. Super.* 570.

*Messrs. Clapp & Eisenberg* for the petitioner and cross-respondent.

*Mr. T. James Tumulty* for the respondents and cross-petitioners.

January 17, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KARL I. TONNISEN, DEFENDANT-PETITIONER.

See same case below: 92 *N. J. Super.* 452.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Morris Brown* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry* for the respondent.

January 17, 1967. Denied.

JUAN ANTONIO RIVERA, PETITIONER-RESPONDENT, v. GREEN GIANT COMPANY, RESPONDENT-PETITIONER.

See same case below: 93 *N. J. Super.* 6.

*Messrs. Schreiber & Lancaster* for the petitioner.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman* and *Mr. Lawrence E. Maisel* for the respondent.

January 17, 1967. Granted.